UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
NKOSI GRAY

                    Plaintiff,                 CIVIL ACTION NO.
                                                          07-CV-4039
- against -                                                   J. Robinson
                                                          RULE 7.1 STATEMENT

AMERICREDIT FINANCIAL SERVICES, INC.
Assignee of POTAMKIN CADILLAC BUICK
CHEVROLET, and RONALD L. KONOVE,

                    Defendants.
---------------------------------------------------------------X

Pursuant to Federal Rules of Civil Procedure 7.1, the undersigned counsel for Americredit Financial Services, Inc. certifies that the corporate parent of Americredit Financial Services, Inc. is AmeriCredit Corp. and there is no other publicly held corporation that owns 10% or more of its stock.


Dated:  White Plains, NY
          July 10, 2007


                                                                 s/_____
                                                                  Ronald L. Konove (RK8121)
                                                                  Konove and Konove PC
                                                                 Attorneys for Defendants
                                                                 301 Old Tarrytown Rd.
                                                                 White Plains, NY 10603
                                                                914-761-6388